VAUGHN, *Respondent,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Petitioner.*

(CA 12875)

596 P2d 1022

Darrell E. Bewley, Salem, argued the cause for petitioner. With him on the brief were K.R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Richard A. Carlson, Portland, argued the cause for respondent. With him on the brief were the Law Offices of Paul J. Rask, Portland.

Before Schwab, Chief Judge, and Lee, Gillette, and Campbell, Judges.

PER CURIAM.

Reversed and remanded. The issue in this workers' compensation case is the extent of claimant's disability. We reverse and remand with instructions to reinstate the referee's award of permanent partial disability. *Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149, *rev den* (1978).

**CAMPBELL, J.,** dissenting.

I would affirm the Workers' Compensation Board's order awarding claimant permanent total disability.